UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN M. COOPER,<br><br>        Petitioner,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>        Respondent. | No.  2:22-cv-1632 KJN P<br><br><br>ORDER |

    Petitioner requested a sixty-day extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for an extension of time (ECF No. 14) is granted; and

    2. Petitioner may file a traverse within sixty days from the date of this order.

Dated:  January 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coop1632.111

1