UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN M. COOPER,                              No.  2:22-cv-1632 DAD KJN P

Petitioner,

v.                                             ORDER

PATRICK COVELLO, Warden,

Respondent.

Petitioner filed his second request for an extension of time to file objections to the May 19, 2023 findings and recommendations pursuant to the court's order of June 16, 2023.  Good cause appearing, the request is granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 28) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file objections to the May 19, 2023 findings and recommendations.  No further extensions of time will be granted.

Dated:  July 19, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coop1632.111.sec